TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00695-CV






David M. Kangas, C.P.A., Appellant


v.


Sterling Concepts, Inc. and Graham Neal, Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. GN102325, HONORABLE PETER M. LOWRY, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N




 Appellant David M. Kangas, C.P.A., has filed a motion to dismiss his appeal,
announcing that the parties have resolved their differences. 

 We grant the motion and dismiss this appeal.



 

 David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: January 16, 2003